# Court of Appeals, State of Michigan

## ORDER

In re Davis/Moore/Turner Minors

Docket No. 337901

LC No. 14-517879-NA

Kathleen Jansen
Presiding Judge

Mark J. Cavanagh

Michael F. Gadola
Judges

The Court orders that the November 28, 2017 opinion is hereby AMENDED. The opinion contained the following clerical error: panel line and signature block should reference Michael F. Gadola, not Thomas C. Cameron.

In all other respects, the November 28, 2017 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAR 1 6 2018
Date

Chief Clerk